EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Pedro R. Pierluisi Urrutia | 2025 TSPR 18<br><br>215 DPR ___ |

Número del Caso:  TS-9,449


Fecha:  4 de marzo de 2025


Representante legal del peticionario:

Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

Pedro R. Pierluisi Urrutia                TS-9,449

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de marzo de 2025.

Examinada la *Moción de readmisión a la abogacía*, la *Moción en cumplimiento* y la *Certificación* del Programa de Educación Jurídica Continua que presentó el Sr. Pedro R. Pierluisi Urrutia, se autoriza su readmisión al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo